McGREGOR W. SCOTT
United States Attorney
MARK J. McKEON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL ANGEL RODRIGUEZ,<br><br>Defendant. | CASE NO. 1:18-CR-00204-DAD<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br><br>DATE: October 7, 2019<br>TIME: 10:00 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on sentencing on October 7, 2019.

2. By this stipulation, the parties now stipulate and agree to continue the status conference until October 15, 2019.

3. The reason for this request is that counsel for the government is unavailable on October 7, 2019.

///

///

///

///

1

IT IS SO STIPULATED.

Dated: October 1, 2019         McGREGOR W. SCOTT
                               United States Attorney

                               /s/ MARK J. McKEON
                               MARK J. McKEON
                               Assistant United States Attorney

Dated: October 1, 2019         /s/ MICHAEL JOSEPH AED
                               MICHAEL JOSEPH AED
                               Counsel for Defendant
                               MIGUEL ANGEL
                               RODRIGUEZ

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated: **October 2, 2019**       _Dale A. Drozd_
                                 UNITED STATES DISTRICT JUDGE