Michael J. Aed, SBN 204090
LAW OFFICE OF MICHAEL J. AED
2115 Kern Street, Ste. 1
Fresno, California 93721
Phone: 559-825-4600
Fax:   559-272-8411

Attorney for Defendant, MIGUEL ANGEL RODRIGUEZ

UNITED STATES DISTRICT COURT

EASTEREN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 1:18-CR-00204 DAD |
| Plaintiff, | STIPULATION TO CONTINUE FEBRUARY 24, 2020 SENTENCING; ORDER |
| vs. | |
| MIGUEL ANGEL RODRIGUEZ, | DATE:   May 4, 2020<br>TIME:     10:00 a.m.<br>Location: #5 |
| Defendant. | Honorable Judge Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the parties February 24, 2020 sentencing hearing may be continued to 10:00 a.m. on Monday, May 4, 2020.

The parties (AUSA and Defense Counsel) base this stipulation on good cause as follows: Similar issues related to potential application of the sentencing guidelines in this case have been previously argued before the 9th Circuit. As of the writing of this stipulation, no decision has been rendered. The parties agree that a stipulation is appropriate in order to allow those issues to be resolved prior to proceeding to sentencing on Mr. Rodriguez case. The parties will continue to meet and confer about this issue and advise the court of any updates.

For the above stated reason, the stipulated continuance will conserve time and resources for both parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161 (h) (7) (A) and 3161 (h) (7) (B) (ii).

DATED:  February 20, 2020            KATHLEEN SERVATIUS
                                     United States Attorney
                                     By: /S/Kathleen Servatius
                                     United States Attorney


DATED: February 20, 2020             By: /S/Michael J. Aed
                                     Attorney for Defendant
                                     Miguel Angel Rodiguez

### ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing currently set for Monday, February 24, 2020, at 10:00 a.m. is hereby continued to Monday, May 4, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  **February 20, 2020**            _Dale A. Drozd_
                                         UNITED STATES DISTRICT JUDGE