Michael J. Aed, SBN 204090
LAW OFFICE OF MICHAEL J. AED
2115 Kern Street, Ste. 1
Fresno, California 93721
Phone: 559-825-4600
Fax:    559-272-8411

Attorney for Defendant, MIGUEL ANGEL RODRIGUEZ

UNITED STATES DISTRICT COURT

EASTEREN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:18-CR-204 DAD BAM |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE MAY 11, |
| ) | 2020 SENTENCING; ORDER |
| vs. ) | |
| ) | DATE:    August 10, 2020 |
| MIGUEL ANGEL RODRIGUEZ, ) | TIME:     10:00 a.m. |
| ) | Location: #5 |
| Defendant. ) | Honorable Judge Dale A. Drozd |
| ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the parties May 11, 2020 sentencing hearing may be continued to 10:00 a.m. on Monday, August 10, 2020.

The parties (AUSA and Defense Counsel) base this stipulation on good cause as follows: The parties came before the court on May 4, 2020 for sentencing after the 9th Circuit issued an opinion on whether PC 215 (Carjack) was a crime of violence (COV). The parties agreed on May 4, 2020 that additional preparation was needed to address whether VC 23110(b) is a COV for purposes of calculating Mr. Rodriguez's Base Offense Level (BOL). As of the writing of this stipulation, I have not had sufficient time to conduct the necessary research and analysis to draft

a memorandum to the court.  My law clerk, David Piercy, is currently undergoing final exams for law school.  He has been assisting me in researching and analyzing the issues related to this offense.  Finally, I have been informed that the Covid-19 virus has been infiltrating the federal bureau of prisons (BOP).  Specifically, Lompoc and Terminal Island have been identified as specific prisons of concern.  Should the court impose a prison sentence, those two facilities were the facilities that Mr. Rodriguez had requested as options.  I would like more time to address the above issues prior to proceeding to sentencing.  I have contacted my client to advise of the issues and my request to set the matter over.  He agrees to a continuance.  I have also notified the AUSA, Kim Sanchez, who was not opposed to the request.  The parties agree that a stipulation is appropriate in order to allow those issues to be resolved prior to proceeding to sentencing on Mr. Rodriguez case.   The parties will continue to meet and confer about this issue and advise the court of any updates.

     The parties further agree that briefing by the government and/or defense that was previously ordered to be filed by May 8, 2020 is hereby extended to August 3, 2020.

///

///

///

///

///

///

///

///

///

For the above stated reason, the stipulated continuance will conserve time and resources for both parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161 (h) (7) (A) and 3161 (h) (7) (B) (ii).

DATED:  May 8, 2020                                         KIMBERLY SANCHEZ
                                                            United States Attorney
                                                            By: /S/Kimberly Sanchez
                                                            United States Attorney


DATED: May 8, 2020                                          By: /S/Michael J. Aed
                                                            Attorney for Defendant
                                                            Miguel Angel Rodriguez

### **ORDER**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the sentencing hearing set for Monday, May 11, 2020, before the Honorable Dale A. Drozd, be continued to Monday, August 10, 2020, at 10:00 a.m. in Courtroom No. 5.

IT IS SO ORDERED.

   Dated:   **May 8, 2020**                                 _____
                                                            UNITED STATES DISTRICT JUDGE